AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

FREDINE JEAN-BAPTISTE

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1661-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  July 3, 2004  in  Worcester  county, in the  District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire to possess cocaine base with intent to distribute

in violation of Title  21  United States Code, Section(s)  846 .

I further state that I am a(n)  Special Agent  and that this complaint is based on the following facts:
Official Title

See attached Affidavit of Michael Boyle, Special Agent, Drug Enforcement Administration

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

*Michael P Boyle*
Signature of Complainant

Sworn to before me and subscribed in my presence,

4-22-05   at   Worcester, MA
Date                                                      City and State
CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE                 *[signature]*
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.