AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

———————————— District of ————————————

## APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Fredine Jean-Baptiste for initial appearance only.

I certify that I am admitted to practice in this court.

Date: May 2, 2005

Signature: *[signed]*

Print Name: James J. Grbowki

Bar Number:

Address: 11 Harvard St.

City: Worcester    State: MA    Zip Code: 01609

Phone Number: 508 756-6206    Fax Number: 508 831-0443