AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Fredine Jean-Baptist

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

*filed in open court 5/2/2005 LBR*

Case Number:

I, Fredine Jean-Baptist, charged in a (complaint) (petition) pending in this District with _____ in violation of Title ~~~~ 21, U.S.C., 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

5/2/05
Date

_____
Counsel for Defendant