AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FREDINE JEAN-BAPTISTE

**WARRANT FOR ARREST**

CASE NUMBER: 05-1661-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        FREDINE JEAN-BAPTISTE
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO POSSESS COCAINE BASE WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title  21  United States Code, Section(s)  846

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

04-22-2004     Worcester, Massachusetts
Date and Location

Bail fixed at $ _____  by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

595 Main St Worcester

| DATE RECEIVED 5/3/05 | NAME AND TITLE OF ARRESTING OFFICER Cynthia DiCaire-Bohn | SIGNATURE OF ARRESTING OFFICER Cynthia DiCaire-Bohn |
| DATE OF ARREST 5/3/05 | | |

This form was electronically produced by Elite Federal Forms, Inc.