UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **MOTION FOR PERMISSION** |
| V. ) | **TO TRAVEL** |
| ) | |
| FREDINE JEAN-BAPTISTE ) | |

Now comes the Defendant in the above-entitled matter and moves this Honorable Court to amend her conditions to allow her to travel on August 15, 2005 to New York for the funeral of her sister and return to Florida August 16, 2005.

Respectfully submitted,
Fredine Jean-Baptiste
By Her Attorney,

_____
James J. Gribouski
Glickman, Sugarman, Kneeland & Gribouski
11 Harvard St., P.O. Box 2917
Worcester, MA 01613-2917
Tel: (508) 756-6206
BBO#: 211240

Date:

## CERTIFICATE OF SERVICE

I, James J. Gribouski, Attorney for the Defendant, hereby certify that on this 11th day of August, 2005, I served a copy of the within *Defendant's Motion for Permission to Travel*, via first class mail, postage prepaid, upon Assistant United States Attorney David Hennessy, Donohue Federal Building, Suite 206, 595 Main Street, Worcester, MA 01608.

_____
James J. Gribouski