

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 26, 2006

BY FACSIMILE TO 508 831-0443
James J. Gribouski, Esq
11 Harvard Street
P.O. Box 2917
Worcester, MA 01613-2917

Re:  Fredine Jean-Baptiste
     Criminal No. 05-1661-CBS

Dear Mr. Gribouski:

In connection with the agreement to plead guilty which Ms. Jean-Baptiste signed, would you kindly contact her and arrange her surrender on or before February 15, 2006.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
DAVID HENNESSY
Assistant U.S. Attorney

cc: Martin Castles
    Clerk to Honorable F. Dennis Saylor, IV